IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIE G. LEWIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> THE MEDICAL CENTER, INC., doing business as Piedmont Columbus Regional Midtown, <br><br> Defendant. | CIV. ACTION NO. 4:21-cv-00072 <br><br> The Honorable Clay D. Land <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF WILLIE G. LEWIS, JR.

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.1.4, Plaintiff Willie G. Lewis, Jr., consents to and substitutes A. Zakiya Watson-Caffe, Esq., of the law firm of Watson Law LLC as Counsel of Record in place of T. Orlando Pearson, Esq., who is no longer associated with the law firm of Molden & Associates and withdraws from the above-captioned case. Copies of all further notices, papers, pleadings, orders, and other documents filed or served upon Plaintiff Willie G. Lewis, Jr., should also be addressed to:

Page 1 of 4
Lewis v. The Medical Center, Civ. Action No. 4:21-cv-00072
Notice of Withdrawal and Substitution of Counsel for Plaintiff

A. Zakiya Watson-Caffe, Esq.
Georgia Bar No. 441773
Watson Law LLC
800 Kennesaw Avenue NW, 220
Marietta, Georgia 30060
Email:  zak@zwatsonlaw.com

Regina S. Molden of Molden & Associates will also continue to represent Plaintiff as Counsel of Record in this matter.

Respectfully submitted, this 10th day of June, 2020.

MOLDEN & ASSOCIATES

_____
REGINA S. MOLDEN
Georgia Bar No. 515454
T. ORLANDO PEARSON
Georgia Bar No. 180406
Peachtree Center – Harris Tower, Suite 1245
233 Peachtree Street, NE
Atlanta, Georgia 30303
(404) 324-4500
(404) 324-4501 (facsimile)
Email:  rmolden@moldenlaw.com
Email:  topearson@moldenlaw.com

*Counsel for Plaintiff Willie G. Lewis, Jr.*

*[SIGNATURES ON THE FOLLOWING PAGE]*

Page 2 of 4
Lewis v. The Medical Center, Civ. Action No. 4:21-cv-00072
Notice of Withdrawal and Substitution of Counsel for Plaintiff

        WATSON LAW LLC

        */s/ Zakiya Watson-Caffe (with permission)*
        A. ZAKIYA WATSON-CAFFE
        Georgia Bar No. 441773
        800 Kennesaw Avenue NW, 220
        Marietta, Georgia 30060
        (404) 600-1771
        (404) 631-6393 (facsimile)
        Email:  zak@zwatsonlaw.com

        *Substitute Counsel for Plaintiff Willie G. Lewis, Jr.*

CONSENTED TO BY:

 */s/    Willie G. Lewis, Jr.*          (with express permission)
**WILLIE G. LEWIS, JR.**

Page 3 of 4
Lewis v. The Medical Center, Civ. Action No. 4:21-cv-00072
Notice of Withdrawal and Substitution of Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| WILLIE G. LEWIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> THE MEDICAL CENTER, INC., doing business as Piedmont Columbus Regional Midtown, <br><br> Defendant. | CIV. ACTION NO. 4:21-cv-00072 <br><br> The Honorable Clay D. Land <br><br> **JURY TRIAL DEMANDED** |

## LOCAL RULE AND SERVICE CERTIFICATION

The undersigned certifies that this document has been prepared in accordance with the Local Rules and that the foregoing **Notice of Withdrawal and Substitution of Counsel** has been filed with the Clerk using the CM/ECF system which will notify to the attorney(s) of record.

Respectfully submitted, this 10th day of June, 2022.

MOLDEN & ASSOCIATES

_____
T. ORLANDO PEARSON
Georgia Bar No. 180406

Page 4 of 4
Lewis v. The Medical Center, Civ. Action No. 4:21-cv-00072
Notice of Withdrawal and Substitution of Counsel for Plaintiff